UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| PERCY WOODS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MIKE DONLEY, SECRETARY<br>OF THE AIR FORCE,<br><br>　　　　　Defendant. | 2:10-CV-01144-PMP-PAL<br><br>**ORDER** |

　　　　On January 26, 2011, the Honorable Peggy A. Leen, United States Magistrate Judge, entered a Report of Findings and Recommendation (Doc. #6) recommending that Plaintiff Woods' Complaint be dismissed.

　　　　On November 2, 2010, Magistrate Judge Leen entered an Order (Doc. #4) advising Plaintiff he had (30) days from entry of the Order (Doc. #4) to file his Amended Complaint, if Plaintiff believes the noted deficiencies can be corrected. To date Plaintiff Woods has not file an Amended Complaint, nor has Plaintiff filed objections to Magistrate Judge Leen's Report of Findings and Recommendation (Doc. #6) and the time to do so has now expired.

　　　　The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1) and Local Rule IB 3-2(a) and determines that Magistrate Judge Leen's Report of Findings and Recommendation should be Affirmed.

///

**IT IS THEREFORE ORDERED that** Magistrate Judge Leen's Report of Findings and Recommendation (Doc. #6) are Affirmed and Plaintiff Percy Woods' Complaint is **DISMISSED** with prejudice.

DATED: February 10, 2011.

                                                             _____
                                                             PHILIP M. PRO
                                                             United States District Judge